

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00381-CR

| | | |
|---|---|---|
| The State of Texas | § | From the 415th District Court |
| | § | of Parker County (CR16-0307) |
| v. | § | February 8, 2018 |
| | § | Opinion by Justice Pittman |
| Randall Lee Binkley | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellant The State of Texas shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mark T. Pittman_____
Justice Mark T. Pittman